# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MOHAMMED NAZIR BIN LEP,

    Petitioner,

        v.

JOSEPH R. BIDEN JR., et al.,

    Respondents.

Civil Action No. 20-3344 (JDB)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, upon consideration of [107] petitioner's motion for discovery and [113] respondents' motion to dismiss, for judgment, or to abstain with respect to Claims IX and X of [40] the habeas petition, and the entire record herein, it is hereby

**ORDERED** that [113] respondents' motion is **GRANTED**; it is further

**ORDERED** that with respect to Claim X, **JUDGMENT IS ENTERED** in favor of respondents; it is further

**ORDERED** that with respect to Claim IX, any aspect of that claim challenging past or current conditions of confinement is **DISMISSED** and any aspect of that claim challenging the factual predicate of detention is **HELD IN ABEYANCE** pending resolution of the military commission proceedings; and it is further

**ORDERED** that [107] petitioner's motion is **DENIED** as moot or premature.

**SO ORDERED.**

_____/s/_____

JOHN D. BATES
United States District Judge


Dated: <u>March 30, 2023</u>